UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE JOSEPH VERSTRAETE,

    Plaintiff,

Case No. 18-cv-10190
Hon. Matthew F. Leitman

v.

SUZANNE LATOUR, *et al.*,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On July 2, 2018, the Court held an on-the-record telephonic status conference in this action. For the reasons stated during the conference, **IT IS HEREBY ORDERED** that:

- Plaintiff's motion to strike Defendants' Answer (ECF #17) is **DENIED**;

- The Clerk's Entry of Default against all Defendants (ECF #15) is **VACATED AND SET ASIDE**;

- Plaintiff may file a motion to disqualify Defendants' current counsel of record by no later than **July 6, 2018**; and

- Defendants may respond to Plaintiff's motion to disqualify by no later than **July 20, 2018**.

**IT IS SO ORDERED**.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: July 5, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 5, 2018, by electronic means and/or ordinary mail.
Flint

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764