UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE JOSEPH VERSTRAETE,

       Plaintiff,                          Case No. 18-cv-10190
                                              Hon. Matthew F. Leitman

v.

SUZANNE LATOUR, *et al.*,

       Defendants.
_____/

## ORDER REQUIRING DEFENDANTS' COUNSEL TO PARTICIPATE IN TELEPHONIC SCHEDULING CONFERENCE

On February 14, 2019, this Court entered a written order that required counsel for all parties to, among other things, "meet and confer in order to prepare [and file with the Court] a Joint Case Management Report/Discovery Plan [] in accordance with Federal Rule of Civil Procedure 26(f)." (Order, ECF #31 at Pg. ID 223.) That rule requires parties in all civil matters to participate in an initial conference in order to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed.R.Civ.P 26(f)(2).

On March 18, 2019, counsel for Plaintiff filed such a discovery plan pursuant to the Court's February 14, 2019 order. (*See* ECF #32.) Plaintiff's counsel

1

represented to the Court that he "attempted to make contact with defense counsel" for the purpose of conducting the required initial Rule 26(f) conference and to receive "input" from defense counsel regarding the Rule 26(f) discovery plan, but plaintiff's counsel was "unable" to do so. (*See id.* at Pg. ID 227.)

The Court has previously scheduled a telephonic scheduling conference in this matter for **11:30 a.m. on Monday, March 25, 2019.** (*See* Dkt.) Counsel for Defendants is **ORDERED** to be present and participate in that conference. Counsel for Defendants shall be prepared to explain why counsel did not participate, as ordered, in the preparation and submission of the Rule 26(f) discovery plan. If counsel for Defendants does not participate in the previously-scheduled March 25, 2019, status conference the Court may enter a default and/or default judgment against the Defendants due to their failure to follow this Court's orders and participate in this action.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764