UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE JOSEPH VERSTRAETE,

    Plaintiff,

v.

SUZANNE LATOUR, *et al.*,

    Defendants.

Case No. 18-cv-10190
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO COMPEL AND/OR FOR A SCHEDULING ORDER (ECF #30) WITHOUT PREJUDICE

On February 14, 2019, Plaintiff George Joseph Verstraete filed a motion to compel Defendants to respond to certain discovery requests. (*See* Mot., ECF #30.) In the alternative, Verstraete asked the Court to enter a Scheduling Order in this action. (*See id.* at Pg. ID 217.) The Court entered such a Scheduling Order on April 23, 2019. (*See* Scheduling Order, ECF #34.) Verstraete may now re-serve his requested discovery and issue notices for his proposed depositions. The Court therefore **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Verstraete's motion to compel (ECF #30). If Defendants do not respond to the discovery requests within the time period(s) allowed by the Federal Rules of Civil Procedure, Verstraete may renew his motion to compel at that time.

    **IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: May 8, 2019    UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764